OPINION — AG — ** FIREFIGHTERS — RETIREMENT — MUNICIPALITY ** 11 O.S. 49-135 [11-49-135], 11 O.S. 50-112 [11-50-112], RESPECTIVELY SETTING THE MAXIMUM AGES AT WHICH PERSON MAY BE CONSIDERED FOR EMPLOYMENT AS POLICE OR FIREFIGHTERS IN OKLAHOMA MUNICIPALITIES WHICH PARTICIPATE IN THE STATE PENSION SYSTEMS FOR WHOSE OCCUPATIONS, ARE FACIALLY VALID AND DO NOT COMPEL SUCH MUNICIPALITES TO VIOLATE THE AGE DISCRIMINATION IN EMPLOYMENT ACT, 29 U.S.C.A. 621 ET SEQ., AND SUCH AGE LIMITATIONS ARE BINDING UPON ALL PARTICIPATING MUNICIPALITIES. (EMPLOYMENT, QUALIFICATIONS, ELIGIBILITY, RACE DISCRIMINATION, AGE DISCRIMINATION, JOB QUALIFICATIONS, LABOR, CIVIL RIGHTS CITY, MUNICIPAL EMPLOYEES, PUBLIC SAFETY, EQUAL EMPLOYMENT OPPORTUNITY) CITE: OPINION NO. 82-024, 11 O.S. 50-112 [11-50-112], 11 O.S. 50-101 [11-50-101], 11 O.S. 49-135 [11-49-135], 11 O.S. 49-100.1 [11-49-100.1], 42 U.S.C.A. 2000(E)42 U.S.C.A. 2000E, 29 U.S.C.A. 623(F)(1),29 U.S.C.A. 623(A), 29 U.S.C.A. 621 (JAMES B. FRANKS)